# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NOS. |
| | ) | 98-00158 |
| JAMARR RASHAUN JOHNSON, | ) | 98-00099 |
| | ) | |
| Defendant | ) | |

## ORDER

Defendant Jamarr Johnson has filed a letter motion seeking a reduction of sentence in the above-styled cases. (Docs. 278 & 99.) As authority for the relief he seeks, Johnson relies on *United States v. Holloway,* 58 F. Supp. 3d 310 (E.D.N.Y. 2014), which would require the government's consent to vacate one of Defendant's prior convictions. In these cases, the government, for good cause, declines to give its consent. (Doc. 282 & 102.) Therefore, the motion is **DENIED**.

**DONE** and **ORDERED** this the 25th day of April, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**